1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR

10                 THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 EDWARD HUNGA          )
                         )     1:09cv1852 DLB
14                       )
         Plaintiff,      )     STIPULATION AND ORDER
15                       )
   vs.                   )
16                       )
   COMMISSIONER OF       )
17 SOCIAL SECURITY,      )
                         )
18       Defendant.      )
   _____)
19

20     IT IS HEREBY STIPULATED by and between the parties as follows: that Plaintiff be

21 granted a 30-day extension of time in which to serve Plaintiff's confidential letter brief.  The new

22 due date for Plaintiff's confidential letter brief will be April 26, 2010.  The Court's Scheduling

23 Order shall be modified accordingly.

24 / /

25 / /

26 / /

27 / /

28

1  Dated:  March 26, 2010                    /s/ Sengthiene Bosavanh

2                                            SENGTHIENE BOSAVANH, ESQ.
                                             Attorney for Plaintiff.
3

4  Dated: March 26, 2010                     MCGREGOR SCOTT
                                             United States Attorney
5
                                             By: /s/ Armand Roth
6                                            (as authorized via e-mail)
                                             ARMAND ROTH
7                                            Assistant Regional Counsel

8

9

10
      IT IS SO ORDERED.
11
         Dated:   **March 29, 2010**                 /s/ Dennis L. Beck
12                                            UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28