1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT FOR THE

8                                EASTERN DISTRICT OF CALIFORNIA

9

10   EDWARD HUNGA,                          )      1:09cv01852 DLB
                                            )
                      Plaintiff,            )      ORDER GRANTING
11                                          )      EXTENSION OF TIME
                                            )
12                                          )      (Document 15)
           vs.                              )
13                                          )
     MICHAEL J. ASTRUE, Commissioner of     )
14   Social Security,                       )
                                            )
15                    Defendant.            )
     _____)

16
           On June 18, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an

17
     extension of time to file his opening brief.  The parties' request is GRANTED.  Plaintiff's opening

18
     brief SHALL be filed on or before August 11, 2010.  Defendant's opposition, if any, shall be filed on

19
     or before September 10, 2010.

20

21
           IT IS SO ORDERED.

22
           Dated:    **June 22, 2010**                    _____ **/s/ Dennis L. Beck**_____

23                                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28
                                                  1